**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In Re:

STEVEN C FITZGERALD                                   Case No. 8:10-bk-08975-CED
ELVIRA MARIELLA FITZGERALD ,

   Debtors.                                                              Chapter 13
_____/

**NOTICE OF APPEARANCE**

COMES NOW the firm of DENNIS LeVINE & ASSOCIATES, P.A. and files this Notice of Appearance as counsel of record for WELLS FARGO DEALER SERVICES, INC., f/k/a Wachovia Dealer Services, Inc. (hereinafter "WFDS"), a creditor in the above-styled cause, and requests:

1. That his name be added to the Matrix as:

   > WFDS
   > c/o Dennis LeVine & Associates, P.A.
   > P.O. Box 707
   > Tampa, FL 33601-0707

2. That he be provided copies of all pleadings filed herein.

            /s/DAVID E. HICKS, ESQ.
            DAVID E. HICKS, ESQ.
            Fla. Bar No. 0368245
            DENNIS LeVINE & ASSOCIATES, P.A.
            P.O. Box 707
            Tampa, FL 33601-0707
            (813) 253-0777
            (813) 253-0975 (fax)
            E-mail: David@bcylaw.com
            Attorneys for WFDS

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the Notice of Appearance was furnished either by electronic or standard first class mail to the parties listed below on this 2nd day of June, 2010.

                                                /s/DAVID E. HICKS, ESQ.
                                                DAVID E. HICKS, ESQ.

Steven C Fitzgerald and Elvira Mariella Fitzgerald
25602 Aptitude Terrace
Wesley Chapel, FL 33544

Ronald R. Bidwell, Esq.
1205 W. Fletcher Avenue, Suite B
Tampa, FL 33612

Terry Smith, Trustee
P.O. Box 6099
Sun City Center, FL 33571