UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In Re:

Case No. 8:10-bk-08975-CED

STEVEN C. FITZGERALD and ELVIRA
MARIELLA FITZGERALD

Chapter 13

_____Debtor._____/

## MOTION TO PAY HSBC MORTGAGE SERVICES, INC. OUTSIDE PLAN

Debtors file this Motion to HSBC Mortgage Services, Inc. Outside Plan and, for cause, say that:

1. On or about April 16, 2010 Debtors filed a Voluntary Petition herein.

2. HSBC Mortgage Services, Inc. is the holder of Proof of Claim #2-1 in the amount of $187,839.60 secured by first mortgage against Debtor's homestead.

3. At the time of the filing of this Motion payments on this obligation are current.

4. Debtor's Chapter 13 Plan provides for full payment of this claim direct to claimant in accordance with the original agreement of the parties.

5. Debtors seek entry of an order authorizing Debtors to tender payments direct to this creditor to avoid imposition of the Chapter 13 Trustee's fees over a five year term on this obligation.

LAW OFFICE OF RONALD R. BIDWELL P.A.
Ronald R. Bidwell, Esquire
1205 W. Fletcher Avenue, Suite B
Tampa, FL 33612
(813)908-7700 Facsimile (813)962-6156
Florida Bar #298867
ATTORNEY FOR DEBTORS.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Pay HSBC Mortgage Services, Inc. Outside Plan has been furnished by ECF Notice and/or U.S. Mail to Terry E. Smith, Chapter 13 Trustee, P O Box 6099, Sun City Center, FL 33571, HSBC Mortgage Services, Inc., 636 Grand Regency Boulevard, Brandon, FL 33510, Lawrence J. Buckley, as creditor's authorized agent, P O Box 829009, Dallas, TX 75382-9009, and to K. Madison, President/Director, HSBC Mortgage Services, Inc., 26525 N. Riverwoods Boulevard, Mettawa, IL 60045 this 15 day of October, 2010.

                                                  RONALD R. BIDWELL