UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In Re:

STEVEN C. FITZGERALD and ELVIRA
MARIELLA FITZGERALD

Case No. 8:10-bk-08975-CED

Chapter 13

_____Debtor._____/

## MOTION TO PAY CHASE HOME FINANCE, LLC. OUTSIDE PLAN

Debtors file this Motion to Pay Chase Home Finance, LLC. Outside Plan and, for cause, say that:

1. On or about April 16, 2010 Debtors filed a Voluntary Petition herein.

2. Chase Home Finance, LLC. is the holder of claim in the amount of $39,253.66 secured by second mortgage against Debtor's homestead.

3. At the time of the filing of this Motion payments on this obligation are current.

4. Debtor's Chapter 13 Plan provides for full payment of this claim direct to claimant in accordance with the original agreement of the parties.

5. Debtors seek entry of an order authorizing Debtors to tender payments direct to this creditor to avoid imposition of the Chapter 13 Trustee's fees over a five year term on this obligation.

LAW OFFICE OF RONALD R. BIDWELL P.A.
Ronald R. Bidwell, Esquire
1205 W. Fletcher Avenue, Suite B
Tampa, FL 33612
(813)908-7700 Facsimile (813)962-6156
Florida Bar #298867
ATTORNEY FOR DEBTORS.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Pay Chase Home Finance, LLC. Outside Plan has been furnished by ECF Notice and/or U.S. Mail to Terry E. Smith, Chapter 13 Trustee, P O Box 6099, Sun City Center, FL 33571, Chase Home Finance, LLC., P O Box 24714, Columbus, OH 43224, and to David B. Lowman, Manager Member, Chase Home Finance, LLC., 194 Wood Avenue S., 4th Floor, Iselin, NJ 08830 this _15_ day of October, 2010.

_____
RONALD R. BIDWELL