UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In Re:

STEVEN C. FITZGERALD and ELVIRA
MARIELLA FITZGERALD

Case No. 8:10-bk-08975-CED

Chapter 13

_____Debtor._____/

## DEBTOR'S MOTION TO DETERMINE SECURED STATUS
## FOR PURPOSE OF REDEMPTION OF PERSONAL PROPERTY

Debtors, by and through their undersigned attorney, do herewith file this Debtor's Motion to Determine Secured Status for Purpose of Redemption of Personal Property pursuant to 11 U.S.C., Section 506, and for cause, says that:

1. Debtors filed a Voluntary Petition under Chapter 13 herein.

2. At the time of the filing of Debtor's Petition, Debtor's owned a 2004 Mercedes

3. Debtors believe and therefore allege that the value of the 2004 Mercedes is Fifteen Thousand Dollars ($15,000.00), pursuant to the attached value information.

4. Wells Fargo Dealer Services, the holder of a first lien on the Certificate of Title to the subject personal property, has filed it's Proof of Claim #7-1 herein in the amount of $19,425.00 secured, together with interest at the contractual rate.

5. Upon information and belief, the claim of Wells Fargo Dealer Services is partially secured.

6. Debtor seeks entry of an order by this Court determining the value of the subject collateral and the secured status of the hereinabove described claim for the purpose of redeeming the collateral under Debtor's Chapter 13 Plan.

7. Debtor's Affidavit in Support of Motion to Determine Secured Status for Purpose of Redemption of Personal Property is attached hereto and incorporated by reference.

WHEREFORE, Debtors pray that this Court grant the foregoing Motion, determine the secured status of the obligation owed to Wells Fargo Dealer Services. and grant Debtors such other and further relief as this Court may deem just and proper in the premises.

*/s/ Ronald R. Bidwell*
LAW OFFICE OF RONALD R. BIDWELL P.A.
Ronald R. Bidwell, Esquire
1205 W. Fletcher Avenue, Suite B
Tampa, FL 33612
(813)908-7700 Facsimile (813)962-6156
Florida Bar #298867
ATTORNEY FOR DEBTORS.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Debtor's Motion to Determine Secured Status for the Purpose of Redeeming Personal Property, together with stated attachments, has been furnished by ECF Notice and/or U.S. Mail to Terry E. Smith, Chapter 13 Trustee, P O Box 6099, Sun City Center, FL 33571-6099, Dennis J. Levine, Esquire, 103 S. Boulevard, Tampa, FL 33606-1901, Bessie Braxton, Bankruptcy Specialist, Wells Fargo Dealer Services, Inc., P O Box 19657, Irvine, CA 92623-9657, Bessie Braxton, Bankruptcy Specialist, Wells Fargo Dealer Services, Inc., P O Box 25341, Santa Ana, CA 92799 Wells Fargo Dealer Services, Inc., Attn: Thomas Wolfe, President and Director, 23 Pasteur Road, Irvine, CA 92618 this ____ day of October, 2010.

*/s/ Ronald R. Bidwell*
RONALD R. BIDWELL

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In Re:

STEVEN C. FITZGERALD and ELVIRA
MARIELLA FITZGERALD

_____Debtor._____/

Case No. 8:10-bk-08975-CED

Chapter 13

## AFFIDAVIT IN SUPPORT OF
## DEBTOR'S MOTION TO DETERMINE SECURED STATUS

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

WE, STEVEN C. FITZGERALD and ELVIRA MARIELLA FITZGERALD, hereby make a solemn oath that:

1. We are the Debtors in this case and make this affidavit upon our personal knowledge.

2. We have read the Motion to Determine Secured Status of Wells Fargo Dealer Services and the information contained therein is true and correct.

3. Upon information and belief, the value of the 2004 Mercedes which is the subject of the Motion to Determine Secured Status is Fifteen Thousand Dollars ($15,000.00).

4. This concludes our affidavit.

_____  
STEVEN C. FITZGERALD

_____  
ELVIRA M. FITZGERALD

THE foregoing instrument was sworn to and subscribed before me this 18th day of October, 2010 by Steven C. Fitzgerald and Elvira M. Fitzgerald who are personally known to me or produced identification and who have taken an oath.

_____  
NOTARY PUBLIC - STATE OF FLORIDA

My Commission Expires:



Notary Public State of Florida
Mista D Adams
My Commission DD961919
Expires 02/19/2014



**Kelley Blue Book**
THE TRUSTED RESOURCE

SEARCH

Home  New Cars  Certified Pre-Owned  **Used Cars**  Research  Reviews & News  Dealers & Inventory  Used Cars For Sale  Loans & Insurance

Used Car Values | Search Used Car Classifieds | Certified Pre-Owned | Compare Vehicles | Perfect Car Finder | Most Researched Vehicles | CARFAX Vehicle History

**Welcome Back** | Sign In | Create Account | My KBB    ZIP Code: 33544    Recently Viewed    You Might Also Like    Free Dealer Price Quote

News    More Car News
10 Most Comfortable Cars Under $30,000
Study: 1 in 5 Can't Pass A Driving Test - AOL Autos

Home > Used Cars > Sedans > Mercedes-Benz > E-Class > 2004 > E500 Sedan 4D

Save Vehicle  Print  Email  BOOKMARK

## 2004 Mercedes-Benz E-Class E500 Sedan 4D

- Trade-In Value
- Private Party Value
- **Suggested Retail Value**
- CPO Value
- Photo Gallery
- Cars For Sale NEW!
- Compare Vehicles
- Blue Book Review
- Consumer Ratings
- Find Your Next Car
- Specifications

**BUY A USED CAR**
**On Blue Book Classifieds™**

Mercedes-Benz
E-Class
75 Miles
Near ZIP  33544
**To View Ads, Click**

**Shopping Tools**
CARFAX Record Check
Auto Loan from 3.99% APR
Compare Insurance Rates with Progressive
Payment Calculator
Extended Warranty Quote

**Find The Right Car**
**Compare Used vs. New**

$15,000 to $20,000
Both New and Used
Sedan
**To View List, Click**

View Another Vehicle
Select Year...
Select Make...
Select Model...

Or Search by Category
Or Change ZIP Code

BLUE BOOK® SUGGESTED RETAIL VALUE



More Photos

| Condition | Value |
|---|---|
| **Excellent** | **$16,665** |

Suggested Retail Value Assumes Excellent Condition  More

**NEXT STEP:** SEARCH LOCAL LISTINGS

CARFAX Record Check    Powered by **CARFAX**

VIN:
No VIN? No Problem!

**News, Reviews & Top 10s**
10 Most Comfortable Cars Under $30,000
KBB Video Contest: Best of the Old Cars
Car Buyers Rank Entertainment Over Safety - AOL Autos
5 Great Car Deals
Who's The "Greenest" Carmaker? - AOL Autos
Read More

Average Consumer Rating (409 Reviews)    Read Reviews
★★★★★ **4.6** out of **5**    Review the 2004 Mercedes-Benz E-Class

Check out the incentives available on a new 2011 Mercedes-Benz E-Class

**Vehicle Highlights**
Mileage:     101,000
Engine:      V8, 5.0 Liter
Transmission: Automatic
Drivetrain:  RWD

| Selected Equipment | | Change Equipment |
|---|---|---|
| **Standard** | | |
| Slip/Traction | Cruise Control | Leather |
| Air Conditioning | AM/FM Stereo | Dual Power Seats |
| Power Steering | CD (Single Disc) | Moon Roof |
| Power Windows | Dual Air Bags | Alloy Wheels |
| Power Door Locks | F&R Side Air Bags | |
| Telescoping Wheel | ABS (4-Wheel) | |

**Blue Book Suggested Retail Value**
Kelley Blue Book Suggested Retail Value is representative of dealers' asking prices for a used car, and the starting point for negotiation between a

**Estimated Payments**
**$310 /mo @ 4.39% APR**
Click for Details

Get a Pre-Owned Loan from 3.99% APR
Get Your Credit Score Now
Get a Free Insurance Quote

advertisement

consumer and a dealer. This Suggested Retail Value assumes that the vehicle has been fully reconditioned and has a clean title history, but has not been certified in accordance with any Certified Pre-Owned (CPO) program the automaker may offer (for which it may or may not qualify, according to factors such as vehicle age and mileage). This value also takes into account the dealers' profit, costs for advertising, sales commissions and other costs of doing business. The final sale price will likely be less depending on the vehicle's actual condition, popularity, type of warranty offered and local market conditions.

### Vehicle Condition Ratings

Check Vehicle Title History

**Excellent**

$16,665

- Looks new, is in excellent mechanical condition and needs no reconditioning.
- Never had any paint or body work and is free of rust.
- Clean title history and will pass a smog and safety inspection.
- Engine compartment is clean, with no fluid leaks and is free of any wear or visible defects.
- Complete and verifiable service records.

Less than 5% of all used vehicles fall into this category.

\* Florida 10/18/2010

### Blue Book® Suggested Retail Value Assumes Excellent Condition

This value assumes the vehicle has received the cosmetic and/or mechanical reconditioning needed to qualify it as 'Excellent'. This is not a transaction value; it is representative of a dealer's asking price and the starting point for negotiation.

**NEXT STEP:** SEARCH LOCAL LISTINGS

© 2010 Kelley Blue Book Co., Inc. All rights reserved. 10/15/2010-10/21/2010 Edition. The specific information required to determine the value for this particular vehicle was supplied by the person generating this report. Vehicle valuations are opinions and may vary from vehicle to vehicle. Actual valuations will vary based upon market conditions, specifications, vehicle condition or other particular circumstances pertinent to this particular vehicle or the transaction or the parties to the transaction. This report is intended for the individual use of the person generating this report only and shall not be sold or transmitted to another party. Kelley Blue Book assumes no responsibility for errors or omissions. (v.10102)

On KBB.com   Home  New Cars  Certified Pre-Owned  Used Cars  Research  Reviews & News  Dealers  Used Cars For Sale  Loans & Insurance  KBB's Green  KBB<sup>SH</sup> Mobile  Motorcycles

Featuring   New York Auto Show   New Cars For Sale   Used Car Classifieds   New Car Prices   5 Great Car Deals   Car Reviews   Car Videos   Auto Shows

About KBB   About Us   Contact Us   Careers   FAQ   Media   Advertising   Linking   Privacy   Site Map   Copyright & Trademarks   Terms of Service

© 1995-2010 Kelley Blue Book Co., Inc.   Business Inquiries

