B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re    Steven C Fitzgerald,
         Elvira Mariella Fitzgerald
                                                    Debtors

Case No.  8:10-bk-08975

Chapter  13

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 295,000.00 | | |
| B - Personal Property | Yes | 4 | 28,710.66 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 438,778.92 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 1 | | 44,197.75 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 4,270.72 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 3,999.08 |
| Total Number of Sheets of ALL Schedules | | 15 | | | |
| | | Total Assets | 323,710.66 | | |
| | | | Total Liabilities | 482,976.67 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re    Steven C Fitzgerald,
        Elvira Mariella Fitzgerald

Debtors

Case No.    8:10-bk-08975

Chapter    13

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 4,270.72 |
| Average Expenses (from Schedule J, Line 18) | 3,999.08 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 6,329.85 |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 118,778.92 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 44,197.75 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 162,976.67 |

B6C (Official Form 6C) (4/10)

In re  Steven C Fitzgerald,  
      Elvira Mariella Fitzgerald

Case No. __8:10-bk-08975__

Debtors

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:  
(Check one box)  
☐ 11 U.S.C. §522(b)(2)  
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| Homestead real property located at 25602 Aptitude Terrace, Wesley Chapel, Pasco County, Florida | Fla. Const. art. X, § 4(a)(1); Fla. Stat. Ann. §§ 222.01, 222.02, 222.05 | 0.00 | 200,000.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Wachovia personal checking account #6027 | Fla. Const. art. X, § 4(a)(2) | 370.73 | 370.73 |
| Tampa Bay Federal Credit Union personal checking account #5561 | Fla. Const. art. X, § 4(a)(2) | 411.34 | 411.34 |
| Georgia Federal Credit Union personal savings account #9040 | Fla. Const. art. X, § 4(a)(2) | 218.32 | 218.32 |
| Wachovia Bank personal savings account #7872 | Fla. Const. art. X, § 4(a)(2) | 90.27 | 90.27 |
| **Household Goods and Furnishings** | | | |
| Couch, bookcase, lamp, radio, television, stereo, dvd player, dining table and chairs, silverware, dishes, pots, pans, linens, bed, chair, dresser, chest of drawers, mirror, kitchen table and chairs, microwave, refrigerator, deep freezer, dishwasher, washing machine, dryer, stove, computer, radio, desk, chair, sewing machine, vacuum cleaner, camera, hand tools, | Fla. Const. art. X, § 4(a)(2) | 509.34 | 1,000.00 |
| **Wearing Apparel** | | | |
| Mens and womens wearing apparel, shoes and accessories | Fla. Const. art. X, § 4(a)(2) | 100.00 | 100.00 |
| **Furs and Jewelry** | | | |
| Ladies wedding set, cocktail ring, man's wedding band, miscellaneous costume jewelry | Fla. Const. art. X, § 4(a)(2) | 300.00 | 300.00 |
| **Interests in Insurance Policies** | | | |
| Group life policy in the face amount of $200,000.00 through Steven Fitzgerald's employment - no value | Fla. Stat. Ann. § 222.14 | 0.00 | 0.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| Alliant Food Service pension maintained in name of Steven Fitzgerald | Fla. Stat. Ann. § 222.21(2) | 0.00 | 0.00 |
| U S Food Service pension plan maintained in name of Steven Fitzgerald | Fla. Stat. Ann. § 222.21(2) | 0.00 | 0.00 |
| US Food Service 401K maintained in name of Steven Fitzgerald | Fla. Stat. Ann. § 222.21(2) | 0.00 | 0.00 |

__1__ continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/10) -- Cont.

In re   **Steven C Fitzgerald,**   Case No.   **8:10-bk-08975**
       **Elvira Mariella Fitzgerald**

Debtors

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2004 Mercedes | Fla. Const. art. X, § 4(a)(2) No equity | 0.00 | 15,000.00 |
| 2007 Chrysler 300 | Fla. Const. art. X, § 4(a)(2) No equity | 0.00 | 10,000.00 |
| 1991 Dodge Van | Fla. Stat. Ann. § 222.25(1) | 1,000.00 | 1,000.00 |
| | Total: | 3,000.00 | 228,490.66 |

Sheet  __1__  of  __1__  continuation sheets attached to the Schedule of Property Claimed as Exempt

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re   Steven C Fitzgerald
        Elvira Mariella Fitzgerald                                    Case No.   8:10-bk-08975
                                    Debtor(s)                         Chapter    13

## DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __17__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **October 18, 2010**          Signature   _____
                                                **Steven C Fitzgerald**
                                                Debtor

Date  **October 18, 2010**          Signature   _____
                                                **Elvira Mariella Fitzgerald**
                                                Joint Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                18 U.S.C. §§ 152 and 3571.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing Amended Summary of Schedules, Amended Schedule C, and Declaration Concerning Debtors Schedules - Amended has been furnished by ECF Notice and/or U.S. Mail to all parties listed on the attached official matrix this 19th day of October, 2010.

*/s/ Ronald R. Bidwell*
LAW OFFICE OF RONALD R. BIDWELL P.A.
Ronald R. Bidwell, Esquire
1205 W. Fletcher Avenue, Suite B
Tampa, FL 33612
(813)908-7700 Facsimile (813)962-6156
Florida Bar #298867
ATTORNEY FOR DEBTOR.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:10-bk-08975-CED<br>Middle District of Florida<br>Tampa<br>Tue Oct 19 10:12:40 EDT 2010 | American Infosource Lp As Agent for<br>World Financial Network National Bank As<br>New York & Co<br>PO Box 248872<br>Oklahoma City, OK  73124-8872 | American Infosource Lp As Agent for<br>World Financial Network National Bank As<br>Victoria's Secret<br>PO Box 248872<br>Oklahoma City, OK  73124-8872 |
| Ascent Card Services, LLC<br>C/O Resurgent Capital Services, LP<br>P.O. Box 10675<br>Greenville, SC 29603-0675 | Ashley Funding Services LLC its successors a<br>assigns as assignee of Laboratory Corp<br>of America Holdings<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | B. K. Parasher DDS<br>2641 Windguard Circle<br>Wesley Chapel, FL 33544-7357 |
| Bank of America<br>P O Box 851001<br>Dallas, TX 75285-1001 | Ronald R. Bidwell<br>Law Office of Ronald R Bidwell PA<br>1205 W Fletcher Ave Suite B<br>Tampa, FL 33612-3324 | CCA<br>250 E Easy Street Ste 7A<br>Simi Valley, CA 93065-1769 |
| Capital One<br>P O Box 71083<br>Charlotte, NC 28272-1083 | Capital One Bank (USA), N.A.<br>by American Infosource Lp As Agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Care Credit<br>P O Box 981439<br>El Paso, TX 79998-1439 |
| Chase Home Finance<br>P O Box 24714<br>Columbus, OH 43224-0714 | Citibank/Zales<br>P O Box 6497<br>Sioux Falls, SD 57117-6497 | Caryl E. Delano<br>Tampa |
| Dell<br>P O Box 6403<br>Carol Stream, IL 60197-6403 | Dell Financial Services L.L.C.<br>c/o Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 | Department Stores National Bank/Macys<br>Nco Financial Systems, Inc.<br>PO Box 4275<br>Norcross, GA 30091-4275 |
| Department of Revenue<br>PO Box 6668<br>Tallahassee FL 32314-6668 | Joshua D. Donnelly<br>Law Offices of Daniel C. Consuegra<br>9204 King Palm Drive<br>Tampa, FL 33619-1328 | Fia Card Services, NA As Successor In Intere<br>Bank of America NA and Mbna America Bank<br>1000 Samoset Drive<br>DE5-023-03-03<br>Newark, DE 19713-6000 |
| First Data<br>265 Broad Hollow<br>Melville, NY 11747-4802 | Elvira Mariella Fitzgerald<br>25602 Aptitude Terrace<br>Wesley Chapel, FL 33544-6506 | Steven C Fitzgerald<br>25602 Aptitude Terrace<br>Wesley Chapel, FL 33544-6506 |
| Florida Hospital<br>P O Box 3495<br>Toledo, OH 43607-0495 | Florida Hospital Zephyrhills<br>C/O Kevin B. Wilson Law Offices<br>2810 Walker Road, Suite 102<br>Chattanooga, TN 37421-1082 | Florida Zephyrhills Hospital<br>P O Box 24103<br>Chattanooga, TN 37422-4103 |
| GE Money Bank<br>Attn: Bankruptcy Department<br>PO Box 960061<br>Orlando FL 32896-0061 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | GE Money Bank/Belk<br>P O Box 103104<br>Roswell, GA 30076-9104 |

| | | |
|---|---|---|
| HSBC<br>1301 Tower Road<br>Schaumburg, IL 60173-4331 | HSBC<br>P O Box 5241<br>Carol Stream, IL 60197-5241 | HSBC Finance Corporation<br>P.O. BOX 829009<br>Dallas, TX 75382-9009 |
| HSBC Bank Nevada, N.A.<br>by PRA Receivables Management, LLC<br>PO Box 12907<br>Norfolk VA 23541-0907 | HSBC Bank USA NA<br>One HSBC Center<br>19th Floor<br>Buffalo, NY 14203-2804 | HSBC Mortgage Services, Inc<br>636 Grand Regency Blvd<br>Brandon, FL 33510-3942 |
| David E Hicks<br>Dennis LeVine & Associates, PA<br>PO Box 707<br>Tampa, FL 33601-0707 | Hilton Resort Corp.<br>6355 Metro West Boulevard<br>Orlando, FL 32835-6433 | Home Depot<br>Processing Center<br>Des Moines, IA 50364-0001 |
| Household Finance<br>P O Box 3425<br>Buffalo, NY 14240-3425 | Household Finance Corporation<br>PO Box 829009<br>Dallas, Texas 75382-9009 | Household Finance Corporation III<br>c/o Law Offices of Daniel C. Consuegra<br>Daniel C Consuegra<br>9204 King Palm Drive<br>Tampa, FL 33619-1328 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 | J C Penney<br>P O Box 960090<br>Orlando, FL 32896-0090 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Ladco Leasing<br>Commercial Collections of America<br>2600 Central Avenue, Suite N<br>Union City, CA 94587-3187 | Macys<br>P O Box 183083<br>Columbus, OH 43218-3083 | NCO Financial<br>P O Box 15732<br>Wilmington, DE 19850-5732 |
| National Capital Management, LLC.<br>8245 Tournament Drive<br>Suite 230<br>Memphis, TN 38125-1741<br>USA | New York & Co<br>13526 Nacogdoches Road<br>San Antonio, TX 78217-1274 | Office of US Attorney<br>Attn Civil Process Clerk<br>400 North Tampa St Suite 3200<br>Tampa FL 33602-4774 |
| PFS Financial Services Corp<br>206 E Bearss Avenue<br>Tampa, FL 33613-1625 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>POB 41067<br>Norfolk VA 23541-1067 | Palisades Collections, LLC<br>Vativ Recovery Solutions LLC<br>As Agent For Palisades Collections, LLC<br>PO Box 19249<br>Sugar Land TX 77496-9249 |
| Pasco County Tax Collector<br>P O Box 276<br>Dade City, FL 33526-0276 | Paypal<br>P O Box 960080<br>Orlando, FL 32896-0080 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 |
| Recovery Management Systems Corporation For<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Resurgent<br>P O Box 1410<br>Troy, MI 48099-1410 | SFC- Central Bankruptcy<br>P.O. Box 1893<br>Spartanburg, S.C 29304-1893 |

| | | |
|---|---|---|
| Sears<br>P O Box 6189<br>Sioux Falls, SD 57117-6189 | Terry E Smith<br>PO Box 6099<br>Sun City Center, FL 33571-6099 | (p)WACHOVIA DEALER SERVICES INC<br>BK DEPARTMENT<br>PO BOX 19657<br>IRVINE CA 92623-9657 |
| Wells Fargo<br>P O Box 98795<br>Las Vegas, NV 89193-8795 | Wells Fargo Bank NA<br>4137 121st Street<br>Urbandale, IA 50323-2310 | Wells Fargo Bank NA<br>Bankruptcy Dept<br>4137 121st Street<br>Urbandale, IA 50323-2310 |

Wells Fargo Dealer Services, Inc., f/k/a Wac
Dennis LeVine & Associates, P.A.
c/o David Hicks
P.O. Box 707
Tampa, FL 33601-0707


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 | WACHOVIA DEALER SERVICES<br>PO BOX 19657<br>IRVINE, CA  92623-9657 | (d)Wells Fargo Dealer Services<br>P O Box 25341<br>Santa Ana, CA 92799-5341 |


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)HSBC Finance Corporation<br>P.O. Box 829009<br>Dallas, TX 75382-9009 | (d)HSBC Mortgage Services, Inc.<br>636 Grand Regency Blvd.<br>Brandon, FL 33510-3942 | End of Label Matrix<br>Mailable recipients    66<br>Bypassed recipients     2<br>Total                  68 |