UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In Re:

STEVEN C. FITZGERALD and ELVIRA
MARIELLA FITZGERALD

        Debtor.        /

Case No. 8:10-bk-08975-CED

Chapter 13

**AGREED ORDER GRANTING DEBTORS
VERIFIED MOTION TO DETERMINE SECURED STATUS
FOR PURPOSE OF REDEMPTION OF PERSONAL PROPERTY**

THIS CASE came on for consideration upon Debtors Verified Motion to Determine Secured Status for Purpose of Redemption of Personal Property (Wells Fargo Dealer Services).  By submission of this Order, respective counsel for the parties represent to this Court that Debtor and Respondent consent to the entry of an order granting Debtor's Motion.  Accordingly, it is

**ORDERED, ADJUDGED and DECREED that:**

1.  The Verified Motion is granted.

2.  Claim #7-1 filed by Wells Fargo Dealer Services shall be treated as a secured claim in the amount of $15,000.00 which shall be paid in full, with 5% simple interest per annum, under Debtor's Amended Chapter 13 Plan. The remainder of Claim #7-1 shall be treated as an unsecured claim herein.

**DONE AND ORDERED at Tampa, Florida on** November 12, 2010.

*Caryl E. Delano*
_____
**CARYL E. DELANO**
**U.S. BANKRUPTCY JUDGE**

**Conformed copies to:**
Debtor
Law Office of Ronald R. Bidwell, P.A.
David Hicks, Esquire
Terry E. Smith, Chapter 13 Trustee

# CERTIFICATE OF NOTICE

```
District/off: 113A-8           User: manel                 Page 1 of 1                  Date Rcvd: Nov 12, 2010
Case: 10-08975                 Form ID: pdfdoc             Total Noticed: 11

The following entities were noticed by first class mail on Nov 14, 2010.
db/jdb       +Steven C Fitzgerald,    Elvira Mariella Fitzgerald,    25602 Aptitude Terrace,
               Wesley Chapel, FL 33544-6506
cr           +HSBC  Finance Corporation,    P.O. BOX 829009,    Dallas, TX 75382-9009
cr           +HSBC Mortgage Services, Inc.,    636 Grand Regency Blvd.,    Brandon, FL 33510-3942
cr           +Household Finance Corporation III,    c/o Law Offices of Daniel C. Consuegra,    Daniel C Consuegra,
               9204 King Palm Drive,    Tampa, FL 33619-1328
cr           +Wells Fargo Dealer Services, Inc., f/k/a Wachovia,    Dennis LeVine & Associates, P.A.,
               c/o David Hicks,    P.O. Box 707,    Tampa, FL 33601-0707
18158190    ++WACHOVIA DEALER SERVICES INC,    BK DEPARTMENT,    PO BOX 19657,    IRVINE CA 92623-9657
              (address filed with court:  Wells Fargo Dealer Services,    P O Box 25341,
               Santa Ana, CA 92799-5341)
18390368    ++WACHOVIA DEALER SERVICES INC,    BK DEPARTMENT,    PO BOX 19657,    IRVINE CA 92623-9657
              (address filed with court:  WACHOVIA DEALER SERVICES,    PO BOX 19657,    IRVINE, CA  92623-9657)
18356854     +Wells Fargo,    P O Box 98795,    Las Vegas, NV 89193-8795
18158188     +Wells Fargo Bank NA,    4137 121st Street,    Urbandale, IA 50323-2310
18158189     +Wells Fargo Bank NA,    Bankruptcy Dept,    4137 121st Street,    Urbandale, IA 50323-2310

The following entities were noticed by electronic transmission on Nov 13, 2010.
cr           +E-mail/PDF: rmscedi@recoverycorp.com Nov 13 2010 03:28:42
               Recovery Management Systems Corporation For GE Mon,    25 SE 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                               TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 14, 2010**                    **Signature:** *Joseph Speetjens*