United States Bankruptcy Court
Middle District of Florida

In re:                                                                  Case No. 10-08975-KRM
Steven C Fitzgerald                                                     Chapter 13
Elvira Mariella Fitzgerald
        Debtors                  **CERTIFICATE OF NOTICE**

District/off: 113A-8          User: lewisb              Page 1 of 3           Date Rcvd: Jul 22, 2015
                              Form ID: B18W             Total Noticed: 76

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 24, 2015.
db/jdb         +Steven C Fitzgerald,    Elvira Mariella Fitzgerald,    25602 Aptitude Terrace,
                 Wesley Chapel, FL 33544-6506
cr             +Household Finance Corporation III,    c/o Law Offices of Daniel C. Consuegra,
                 Daniel C Consuegra,    9204 King Palm Drive,    Tampa, FL 33619-8331
cr             +JPMorgan Chase Bank, NA,    PO Box 24785,    Columbus, OH 43224-0785
cr              JPMorgan Chase Bank, NA,    Mail Code LA4-5555 700 Kansas Lane,    Monroe, LA  71203
cr              NCEP, LLC by American InfoSource LP as agent,    PO Box 248872,    Oklahoma City, OK  73124-8872
cr             +Wells Fargo Dealer Services, Inc., f/k/a Wachovia,    Dennis LeVine & Associates, P.A.,
                 c/o David Hicks,   P.O. Box 707,    Tampa, FL 33601-0707
18356832       +B. K. Parasher DDS,    2641 Windguard Circle,    Wesley Chapel, FL 33544-7357
18402716       +CCA,   2600 Central Av #N,    Union City, CA 94587-3187
18356845      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:   Home Depot,    Processing Center,    Des Moines, IA 50364)
22855619       +Capital One Bank (USA), N.A.,    PO Box 12907,    Norfolk, VA 23541-0907
18158183       +Chase Home Finance,    P O Box 24714,    Columbus, OH 43224-0714
18356839       +First Data,    265 Broad Hollow,    Melville, NY 11747-4833
18356840       +Florida Hospital,    P O Box 3495,    Toledo, OH 43607-0495
18401297       +Florida Hospital Zephyrhills,    C/O Kevin B. Wilson Law Offices,    2810 Walker Road, Suite 102,
                 Chattanooga, TN 37421-1082
18356841       +Florida Zephyrhills Hospital,    P O Box 24103,    Chattanooga, TN 37422-4103
18522973       +HSBC Bank Nevada, N.A.,    by PRA Receivables Management, LLC,    PO Box 12907,
                 Norfolk VA 23541-0907
18158186       +HSBC Bank USA NA,    One HSBC Center,    19th Floor,    Buffalo, NY 14203-2804
18237127        HSBC Finance Corporation,    P.O. Box 829009,    Dallas, TX 75382-9009
18356844       +Hilton Resort Corp.,    6355 Metro West Boulevard,    Orlando, FL 32835-6433
18246828       +Household Finance Corporation,    PO Box 829009,    Dallas, Texas 75382-9009
18356847       +Ladco Leasing,    Commercial Collections of America,    2600 Central Avenue, Suite N,
                 Union City, CA 94587-3187
25489903        NCEP, LLC,    by American InfoSource LP as agent,    PO Box 248872,
                 Oklahoma City, OK  73124-8872
18356849        NCO Financial,    P O Box 15732,    Wilmington, DE 19850
18163139       +Office of US Attorney,    Attn Civil Process Clerk,    400 North Tampa St Suite 3200,
                 Tampa FL 33602-4774
18158187       +PFS Financial Services Corp,    206 E Bearss Avenue,    Tampa, FL 33613-1625
19262762        Pasco County Tax Collector,    P O Box 276,    Dade City, FL 33526-0276
18356852       +Resurgent,    P O Box 1410,    Troy, MI 48099-1410
18356854       +Wells Fargo,    P O Box 98795,    Las Vegas, NV 89193-8795

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              EDI: AIS.COM Jul 22 2015 23:38:00      Midland Funding LLC by American InfoSource LP as a,
                 PO Box 4457,   Houston, TX  77210-4457
cr             +EDI: PRA.COM Jul 22 2015 23:38:00      PRA Receivables Management, LLC,    PO Box 12907,
                 Norfolk, VA 23541-0907
cr             +EDI: SECFIN.COM Jul 22 2015 23:38:00      Professional Financial Services,    P O Box 1893,
                 Spartabnurg, SC 29304-1893
cr             +EDI: RMSC.COM Jul 22 2015 23:38:00      Recovery Management Systems Corp For GE Money Bank,
                 25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
cr              EDI: RECOVERYCORP.COM Jul 22 2015 23:38:00      Recovery Management Systems Corp.,
                 Attn: Ramesh Singh,    25 SE Second Avenue, Ste 1120,    Miami, FL  33131-1605
cr              E-mail/Text: ebn@vativrecovery.com Jul 22 2015 23:36:38
                 Vativ As Agent for Palisades Collection, LLC,    PO Box 40728,    Houston, TX  77240-0728
18878835        EDI: AIS.COM Jul 22 2015 23:38:00      American Infosource Lp As Agent for,
                 World Financial Network National Bank As,    New York & Co,    PO Box 248872,
                 Oklahoma City, OK  73124-8872
18878836        EDI: AIS.COM Jul 22 2015 23:38:00      American Infosource Lp As Agent for,
                 World Financial Network National Bank As,    Victoria's Secret,    PO Box 248872,
                 Oklahoma City, OK  73124-8872
18920840       +EDI: RESURGENT.COM Jul 22 2015 23:38:00      Ascent Card Services, LLC,
                 C/O Resurgent Capital Services, LP,    P.O. Box 10675,    Greenville, SC 29603-0675
18792041        EDI: RESURGENT.COM Jul 22 2015 23:38:00      Ashley Funding Services LLC its successors and,
                 assigns as assignee of Laboratory Corp,    of America Holdings,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
18356833       +EDI: BANKAMER.COM Jul 22 2015 23:38:00      Bank of America,    P O Box 851001,
                 Dallas, TX 75285-1001
18356835       +EDI: CAPITALONE.COM Jul 22 2015 23:38:00      Capital One,    P O Box 71083,
                 Charlotte, NC 28272-1083
18645024       +EDI: CAPITALONE.COM Jul 22 2015 23:38:00      Capital One Bank (USA), N.A.,
                 by American Infosource Lp As Agent,    PO Box 71083,    Charlotte, NC  28272-1083
18356836       +EDI: RMSC.COM Jul 22 2015 23:38:00      Care Credit,    P O Box 981439,    El Paso, TX 79998-1439
18356837       +EDI: CITICORP.COM Jul 22 2015 23:38:00      Citibank/Zales,    P O Box 6497,
                 Sioux Falls, SD 57117-6497
18356838        EDI: RCSDELL.COM Jul 22 2015 23:38:00      Dell,    P O Box 6403,    Carol Stream, IL 60197

```
District/off: 113A-8          User: lewisb                 Page 2 of 3                  Date Rcvd: Jul 22, 2015
                              Form ID: B18W                Total Noticed: 76
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
18463014        EDI: RESURGENT.COM Jul 22 2015 23:38:00      Dell Financial Services L.L.C.,
                 c/o Resurgent Capital Services,    PO Box 10390,    Greenville, SC 29603-0390
18375671       +EDI: TSYS2.COM Jul 22 2015 23:38:00      Department Stores National Bank/Macys,
                 Nco Financial Systems, Inc.,    PO Box 4275,    Norcross, GA 30091-4275
18163140        EDI: FLDEPREV.COM Jul 22 2015 23:38:00      Department of Revenue,    PO Box 6668,
                 Tallahassee FL 32314-6668
18818966       +EDI: BANKAMER.COM Jul 22 2015 23:38:00      Fia Card Services, NA As Successor In Interest to,
                 Bank of America NA and Mbna America Bank,     1000 Samoset Drive,    DE5-023-03-03,
                 Newark, DE 19713-6000
18617865        EDI: RMSC.COM Jul 22 2015 23:38:00      GE Money Bank,    Attn: Bankruptcy Department,
                 PO Box 960061,    Orlando FL 32896-0661
18902406        EDI: RMSC.COM Jul 22 2015 23:38:00      GE Money Bank,
                 c/o Recovery Management Systems Corporat,     25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
18356842       +EDI: RMSC.COM Jul 22 2015 23:38:00      GE Money Bank/Belk,    P O Box 103104,
                 Roswell, GA 30076-9104
18158185       +EDI: HFC.COM Jul 22 2015 23:38:00      HSBC,    1301 Tower Road,    Schaumburg, IL 60173-4331
18356843       +EDI: HFC.COM Jul 22 2015 23:38:00      HSBC,    P O Box 5241,    Carol Stream, IL 60197-5241
18210623       +EDI: HFC.COM Jul 22 2015 23:38:00      HSBC Mortgage Services, Inc,    636 Grand Regency Blvd,
                 Brandon, FL 33510-3942
18158184       +EDI: HFC.COM Jul 22 2015 23:38:00      Household Finance,    P O Box 3425,
                 Buffalo, NY 14240-3425
18163138        EDI: IRS.COM Jul 22 2015 23:38:00      Internal Revenue Service,    P.O. Box 21126,
                 Philadelphia, PA 19114
18356846       +EDI: RMSC.COM Jul 22 2015 23:38:00      J C Penney,    P O Box 960090,    Orlando, FL 32896-0090
18832498        EDI: RESURGENT.COM Jul 22 2015 23:38:00      LVNV Funding LLC,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
18356848        EDI: TSYS2.COM Jul 22 2015 23:38:00      Macys,    P O Box 183083,    Columbus, OH 43218-3083
22875422        EDI: AIS.COM Jul 22 2015 23:38:00      Midland Funding LLC,    by American InfoSource LP as agent,
                 PO Box 4457,    Houston, TX 77210-4457
18664096       +E-mail/Text: bknotice@ncmllc.com Jul 22 2015 23:47:27      National Capital Management, LLC.,
                 8245 Tournament Drive,    Suite 230,    Memphis, TN 38125-1741,    USA
18356850        EDI: WFNNB.COM Jul 22 2015 23:38:00      New York & Co,    13526 Nacogdoches Road,
                 San Antonio, TX 78217-1274
21160150        EDI: PRA.COM Jul 22 2015 23:38:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk VA    23541
18868947       +EDI: PRA.COM Jul 22 2015 23:38:00      PRA Receivables Management, LLC,
                 As Agent Of Portfolio Recovery Assocs.,     POB 41067,    Norfolk VA 23541-1067
23360552       +EDI: PRA.COM Jul 22 2015 23:38:00      PRA Receivables Management, LLC,    POB 41067,
                 Norfolk, VA 23541-1067
18267147        E-mail/Text: ebn@vativrecovery.com Jul 22 2015 23:36:38      Palisades Collections, LLC,
                 Vativ Recovery Solutions LLC,    As Agent For Palisades Collections, LLC,    PO Box 40728,
                 Houston TX 77240-0728
18356851       +EDI: RMSC.COM Jul 22 2015 23:38:00      Paypal,    P O Box 960080,    Orlando, FL 32896-0080
22821579        EDI: RECOVERYCORP.COM Jul 22 2015 23:38:00      Portfolio Investments II LLC,
                 c/o Recovery Management Systems Corporat,     25 SE 2nd Avenue Suite 1120,
                 Miami, FL 33131-1605
23160286       +EDI: PRA.COM Jul 22 2015 23:38:00      Portfolio Recovery Assocs., LLC,    POB 41067,
                 Norfolk, VA 23541-1067
18378146        EDI: RECOVERYCORP.COM Jul 22 2015 23:38:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
18251341       +EDI: SECFIN.COM Jul 22 2015 23:38:00      SFC- Central Bankruptcy,    P.O. Box 1893,
                 Spartanburg, S.C 29304-1893
18356853       +EDI: SEARS.COM Jul 22 2015 23:38:00      Sears,    P O Box 6189,    Sioux Falls, SD 57117-6189
18390368        EDI: WFFC.COM Jul 22 2015 23:38:00      WACHOVIA DEALER SERVICES,    PO BOX 19657,
                 IRVINE, CA   92623-9657
18158189       +EDI: WFFC.COM Jul 22 2015 23:38:00      Wells Fargo Bank NA,    Bankruptcy Dept,
                 4137 121st Street,    Urbandale, IA 50323-2310
18158188       +EDI: WFFC.COM Jul 22 2015 23:38:00      Wells Fargo Bank NA,    4137 121st Street,
                 Urbandale, IA 50323-2310
18158190        EDI: WFFC.COM Jul 22 2015 23:38:00      Wells Fargo Dealer Services,    P O Box 25341,
                 Santa Ana, CA 92799-5341
                                                                                              TOTAL: 48

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +HSBC  Finance Corporation,    P.O. BOX 829009,    Dallas, TX 75382-9009
cr*            +HSBC Mortgage Services, Inc.,    636 Grand Regency Blvd.,    Brandon, FL 33510-3942
cr*            +PRA  Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
cr*            +Portfolio Recovery Assocs., LLC,    POB 41067,    NORFOLK, VA 23541-1067
18356834*      +Bank of America,    P O Box 851001,    Dallas, TX 75285-1001
22821580*       Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTALS: 0, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 113A-8             User: lewisb               Page 3 of 3                   Date Rcvd: Jul 22, 2015
                                 Form ID: B18W              Total Noticed: 76
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2015                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 22, 2015 at the address(es) listed below:
              Brian M Guertin    on behalf of Creditor    Household Finance Corporation III
               bkfiling@consuegralaw.com
              David E Hicks    on behalf of Creditor    Wells Fargo Dealer Services, Inc., f/k/a Wachovia Dealer
               Services, Inc. tbyington@kelleykronenberg.com
              Kelly  Remick    ecf@ch13tampa.com
              Ronald R. Bidwell    on behalf of Joint Debtor Elvira Mariella Fitzgerald rbidwell1@tampabay.rr.com
              Ronald R. Bidwell    on behalf of Debtor Steven C Fitzgerald rbidwell1@tampabay.rr.com
                                                                                             TOTAL: 5
```

B18W (Form 18W) (08/07)

# United States Bankruptcy Court

Middle District of Florida

Case No. 8:10−bk−08975−KRM

**Chapter 13**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Steven C Fitzgerald | Elvira Mariella Fitzgerald |
| 25602 Aptitude Terrace | 25602 Aptitude Terrace |
| Wesley Chapel, FL 33544 | Wesley Chapel, FL 33544 |

Social Security No.:
  xxx−xx−7481                               xxx−xx−2094

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR AFTER COMPLETION
## OF CHAPTER 13 PLAN

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 1328(a) of title 11, United States Code, (the Bankruptcy Code).

Dated: July 22, 2015

_____
K. Rodney May
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

FORM B18W continued (08/07)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 13 CASE

This court order grants a discharge to the person named as the debtor after the debtor has completed all payments under the chapter 13 plan. It is not a dismissal of the case.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 13 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt is provided for by the chapter 13 plan or is disallowed by the court pursuant to section 502 of the Bankruptcy Code.

## Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 13 bankruptcy case are:

a. Domestic support obligations;

b. Debts for most student loans;

c. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

d. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

e. Debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual (in a case filed on or after October 17, 2005);

f. Debts provided for under section 1322(b)(5) of the Bankruptcy Code and on which the last payment is due after the date on which the final payment under the plan was due;

g. Debts for certain consumer purchases made after the bankruptcy case was filed if prior approval by the trustee of the debtor's incurring the debt was practicable but was not obtained;

h. Debts for certain taxes to the extent not paid in full under the plan (in a case filed on or after October 17, 2005); and

i. Some debts which were not properly listed by the debtor (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**